FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Corrales, Jr., Victor Manuel DEFENDANT(S). | CASE NUMBER SACR 05-73-JVS-10 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __April 28, 2010__, at __1:45__ ☐a.m. / ☒p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4/23/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge