

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:05-cr-00073-JVS-11 |
| Victor Manuel Corrales, Jr., DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 27</u>, <u>2022</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>John D. Early</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 24, 2022

JOHN D. EARLY
U.S. ~~District Judge~~/Magistrate Judge